UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Talbert Dean Coatney                          Docket No. 7:02-CR-91-2BR

**Petition for Action on Supervised Release**

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Talbert Dean Coatney, who, upon an earlier plea of guilty to 18 U.S.C. §§ 2115 and 2, Burglary of Post Office with the Intent to Commit Larceny and Other Depredation and Aiding and Abetting and 18 U.S.C. § 641, Theft of Government Money, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 25, 2003, to the custody of the Bureau of Prisons for a term of 37 months. This sentence was ordered to be served consecutively to any other previous state or federal sentence. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is scheduled to be released from custody on November 25, 2016. He is currently at the residential reentry center (RRC) in Fayetteville, NC, and has no release plan. At this time, we are recommending that the conditions of supervision be modified to include up to an additional 120 days in the RRC to assist him. As soon as an acceptable residence plan is approved, we will request the RRC to release him.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 120 days or until he establishes an acceptable residence plan approved by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Eddie J. Smith
> Eddie J. Smith
> Supervising U.S. Probation Officer
> 310 Dick Street
> Fayetteville, NC 28301-5730
> Phone: 910-354-2537
> Executed On: November 08, 2016

**ORDER OF THE COURT**

Considered and ordered this \_\_\_8\_\_\_ day of \_\_November_____, 2016, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge

Case 7:02-cr-00091-BR    Document 128    Filed 11/08/16    Page 1 of 1