UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Talbert Dean Coatney　　　　　　　　　　　　　　　　Docket No. 7:02-CR-91-2BR

## Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Talbert Dean Coatney, who, upon an earlier plea of guilty to 18 U.S.C. §§ 2115 and 2, Burglary of Post Office with the Intent to Commit Larceny and Other Depredation and Aiding and Abetting and 18 U.S.C. § 641, Theft of Government Money, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 25, 2003, to the custody of the Bureau of Prisons for a term of 37 months. This sentence was ordered to be served consecutively to any other previous state or federal sentence. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

　Talbert Dean Coatney was released from custody on November 25, 2016, at which time the term of supervised release commenced. The court modified the defendant's original judgement on November 8, 2016, to extend the defendant's stay in the residential reentry center up to 120 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was convicted of Second Degree Rape (F) in 1990. According to the Cumberland County Sheriff's Office, the defendant does not have to register as a sex offender due to the date of the offense occurring prior to the start of the registry. However, due to the nature of the offense, it is our recommendation that the defendant complete a Sex Offender Assessment at Integrated Behavioral Healthcare Services. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2568<br>Executed On: February 08, 2017 |

Talbert Dean Coatney
Docket No. 7:02-CR-91-2BR
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_9\_\_\_ day of \_\_February_____, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge